UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00846
    LOU EMMA JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3327

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 01/18/2007 and was not confirmed.

    The case was transfer to marilyn marshall 05/03/2007.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| AES/NCT | UNSECURED | .00 | .00 | .00 |
| AES/NCT | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1135.73 | .00 | .00 |
| CHICAGO STATE UNIVERSITY | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 237.49 | .00 | .00 |
| UNIV OF IL FAMILY MEDICI | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | 21314.69 | .00 | .00 |
| EMC MORTGAGE CORPORATION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,814.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------
                  RECEIPTS                DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00846 LOU EMMA JOHNSON

---

TRUSTEE                                    .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                 .00
                        ---------------     ---------------
TOTALS                         .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 08/23/07           _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE