IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Lou Emma | Case Number: 07 B 00846 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 5/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:   August 1, 2008
Confirmed:   July 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,603.15 |  |
| Secured: |  | 1,580.71 |
| Unsecured: |  | 1,435.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,814.00 |
| Trustee Fee: |  | 293.56 |
| Other Funds: |  | 479.64 |
| Totals: | 5,603.15 | 5,603.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,814.00 | 1,814.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 21,314.69 | 1,580.71 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 248.21 | 248.21 |
| 7. | Capital One | Unsecured | 1,187.03 | 1,187.03 |
| 8. | Chicago State University | Unsecured |  | No Claim Filed |
| 9. | Citibank | Unsecured |  | No Claim Filed |
| 10. | Citibank | Unsecured |  | No Claim Filed |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Citibank | Unsecured |  | No Claim Filed |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | Citibank | Unsecured |  | No Claim Filed |
| 21. | Citibank | Unsecured |  | No Claim Filed |
| 22. | Citibank | Unsecured |  | No Claim Filed |
| 23. | American Educational Services | Unsecured |  | No Claim Filed |
| 24. | MRSI | Unsecured |  | No Claim Filed |
| 25. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Lou Emma | Case Number: 07 B 00846 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 5/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,563.93 | $ 4,829.95 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 193.79 |
| 6.5% | 99.77 |
| | _____ |
| | $ 293.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____